UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――――

SOUTHWEST MARINE AND
GENERAL INSURANCE COMPANY,
*et al.*,

                Plaintiffs,

-v-

MAIN STREET AMERICA
ASSURANCE COMPANY,

                Defendant.

21-CV-2714 (JPO)

ORDER

―――――――――――――――――――――――――――――――

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, Westchester County, on March 30, 2021, and assigned to this Court on April 7, 2021. Counsel for the plaintiff is directed to file an appearance with this Court no later than April 22, 2021.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by April 15, 2021.

    SO ORDERED.

Dated: April 7, 2021
        New York, New York

_____
J. PAUL OETKEN
United States District Judge